1  Joann Selleck, Esq. (SBN 145557)
   COZEN O'CONNOR
2  501 West Broadway
   Suite 1610
3  San Diego, CA  92101
   Telephone: 619.234.1700
4  Facsimile: 619.234.7831

5  Attorneys for Defendant
   ACE PROPERTY AND CASUALTY
6  INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 JACK D. HARRISON and NAOMA     ) Case No. 13CV1682 DMS JMA
   HARRISON,                      )
12                                ) **NOTICE OF MOTION AND**
                  Plaintiffs,     ) **MOTION TO DISMISS OF**
13                                ) **DEFENDANT ACE PROPERTY**
            vs.                   ) **AND CASUALTY INSURANCE**
14                                ) **COMPANY**
   BANKERS STANDARD INSURANCE     )
15 COMPANY, ACE PROPERTY AND      ) DATE:       November 8, 2013
   CASUALTY INSURANCE COMPANY,    ) TIME:       1:30 p.m.
16 AMERICAN FAMILY MUTUAL         ) COURTROOM: 13A
   INSURANCE COMPANY and BBVA     )
17 COMPASS INSURANCE AGENCY,      ) *Judge Dana M. Sabraw*
   INC.; and DOES 1 through 50,   )
18                                )
                  Defendants.     )
19                                )

20

21     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     NOTICE IS HEREBY GIVEN that Defendant ACE PROPERTY AND

23 CASUALTY INSURANCE COMPANY (hereinafter "AP&C") brings this Motion to

24 Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6)[1], for failure to state a claim,

25 which motion will be heard by this Court on November 8, 2013, at 1:30 p.m., in

26 Courtroom 13A.

27 ///

28 ---
[1] See also Motion to Dismiss of Bankers Standard Insurance Company filed concurrently herewith.

ACE'S NOTICE OF MOTION TO DISMISS
1

1      This motion will be based on the papers filed herewith (Notice of Motion,
2  Motion, Memorandum of Points & Authorities, Notice of Lodgment) and the
3  arguments of counsel as may be heard by this court.
4
5  Dated: October 10, 2013         COZEN O'CONNOR
6
7                                      By: /S/ Joann Selleck
8                                          JOANN SELLECK
                                        Attorneys for Defendant
9                                          ACE CASUALTY AND INSURANCE COMPANY
10
11 LEGAL\17233394\1 13186.0001.000/339871.000