Joann Selleck, Esq. (SBN 145557)
COZEN O'CONNOR
501 West Broadway
Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Defendant
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK D. HARRISON and NAOMA HARRISON,<br><br>Plaintiffs,<br><br>vs.<br><br>BANKERS STANDARD INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY MUTUAL INSURANCE COMPANY and BBVA COMPASS INSURANCE AGENCY, INC.; and DOES 1 through 50,<br><br>Defendants. | Case No. 13CV1682 DMS JMA<br><br>**MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF DEFENDANT ACE PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>DATE:         November 8, 2013<br>TIME:          1:30 p.m.<br>COURTROOM: 13A<br><br>*Judge Dana M. Sabraw* |

Defendant Ace Property and Casualty Insurance Company ("AP&C") submits this Motion to Dismiss pursuant to FRCP 12(b)(6) as the Plaintiffs fail to state any claim whatsoever against this Defendant.

The insurance policies at issue with this motion were issued by Bankers Standard Insurance Company. One policy was a homeowner's insurance policy as admitted by Plaintiffs in Paragraph 12 of the Complaint, policy number 268-03-86-69H. The second was a "valuables" policy, number 268-03-86-69V. Both policies

were for the period from July 20, 2011 to July 20, 2012. The policies are attached to the Notice of Lodgment filed herewith as Exhibits "A" & "B" respectively. Plaintiffs' allegation that the insuring company was "AP&C" is unavailing. Plaintiff admits in paragraph 51 that the contracts control. Quite clearly on the declarations pages of both insurance contracts it indicates that the policies were issued by Bankers Standard Insurance Company and not by some other company, nor by AP&C. See e.g., NOL at A01, A04, B01.

Thus, all of the causes of action alleged against Ace Property and Casualty Insurance Company must be dismissed as Plaintiffs fail to state a claim against AP&C.

Additionally, all of the basis stated in the concurrently filed Motion to Dismiss of Defendant Bankers Standard apply equally to AP&C, even if AP&C were determined to have a contract with Plaintiffs, which is denied. For the reasons stated in Bankers Standard's motion, the Complaint also fails to state a claim against AP&C.

## CONCLUSION

For the foregoing reasons Ace Property and Casualty Insurance Company requests that all causes of action against that company be dismissed with prejudice.

Dated: October 10, 2013        COZEN O'CONNOR


                               By: /S/ Joann Selleck
                                   JOANN SELLECK
                                   Attorneys for Defendant
                                   ACE CASUALTY AND INSURANCE
                                   COMPANY

LEGAL\17214337\1 13186.0001.000/339871.000