Joann Selleck, Esq. (SBN 145557)
COZEN O'CONNOR
501 West Broadway
Suite 1610
San Diego, CA  92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Defendant
BANKERS STANDARD INSURANCE
COMPANY and ACE PROPERTY
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK D. HARRISON and NAOMA HARRISON,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BANKERS STANDARD INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY MUTUAL INSURANCE COMPANY and BBVA COMPASS INSURANCE AGENCY, INC.; and DOES 1 through 50,<br><br>            Defendants. | Case No. 13CV1682 DMS JMA<br><br>**CERTIFICATE OF SERVICE** |

At the time of service I was over 18 years of age and not a party to this action. My business address is 501 West Broadway, Suite 1610, San Diego, California 92101.  On the date indicated below, I served the following document(s) on the persons listed on the attached below:

**DEFENDANTS BANKERS STANDARD INSURANCE CO.'S AND ACE PROPERTY AND CASUALTY INSURANCE CO.'S REPLY TO OPPOSITION TO MOTION TO DISMISS**

**OBJECTIONS TO DECLARATIONS OF RICHARD MASTERS, JACK D. HARRISON, AND JAMES B. PANTHER IN SUPPORT OF DEFENDANTS**

BANKERS STANDARD INSURANCE CO.'S AND ACE PROPERTY AND CASUALTY INSURANCE CO.'S REPLY TO OPPOSITION TO MOTION TO DISMISS

☐ By Personal Service. I caused the documents above to be delivered to the persons at the addresses listed on the attached Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☒ By United States Mail. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Diego, California.

☐ By Overnight Delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons listed on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ By Fax Transmission. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed on the attached Service List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached to the original Proof of Service.

☒ By E-Mail or Electronic Transmission. I hereby certify that on the date referenced below, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed on the attached service list. I did

---
CERTIFICATE OF SERVICE
2

not receive, within a reasonable time after the transmission, and electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Diego, California, on **November 1, 2013.**

_____
Kelly Gary

## SERVICE LIST

| | |
|---|---|
| James B. Panther, Esq.<br>INTERNATIONAL LAW GROUP, A.P.C.<br>2794 Gateway Road<br>Carlsbad, CA  92009<br>Tel:  (760) 602-6227<br>Fax: (877)428-4096 | Attorneys for Plaintiffs<br>JACK D. HARRISON and NAOMA HARRISON |
| Daniel S. Alderman, Esq.<br>ALDERMAN & HILGERS, LLP<br>888 South Figueroa Street<br>16th Floor<br>Los Angeles, CA  90017<br>Tel: (213) 992-8206<br>Fax: (213) 992-3272 | Attorneys for Specially Appearing Defendant<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY |
| Deborah S. Gershon, Esq.<br>McGINNIS WUTSCHER BEIRAMEE LLP<br>19200 Von Karman Ave.<br>Suite 750<br>Irvine, CA  92612<br>Tel: (661) 406-6857<br>Fax: (866) 581-9302 | Attorneys for Defendant<br>BBVA COMPASS INSURANCE AGENCY, INC. |

**COURTESY COPY:**

Judge Dana M. Sabraw
U.S. DISTRICT COURT JUDGE
333 West Broadway
Suite 1310
San Diego, CA  92101
Efile_sabraw@casd.uscourts.gov