1
2
3
4
5
6
7

**MᴄGɪɴɴɪs Wᴜᴛsᴄʜᴇʀ Bᴇɪʀᴀᴍᴇᴇ LLP**
Patrick J. Kane (SBN 273103)
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (619) 618-2874
Facsimile: (866) 581-9302

Attorneys for Defendant
BBVA Compass Insurance Agency, Inc.

8
9

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

| | |
|---|---|
| JACK D. HARRISON AND NAOMA HARRISON, <br><br> Plaintiffs, <br><br> v. <br><br> BANKERS STANDARD INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY MUTUAL INSURANCE COMPANY AND BBVA COMPASS INSURANCE AGENCY, INC. AND DOES 1 THROUGH 50 <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  13 CV 1682 DMS JMA <br><br> **DEFENDANT BBVA COMPASS INSURANCE AGENCY'S MOTION TO JOIN BANKERS STANDARD INSURANCE COMPANY, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND FILE THE SECOND AMENDED COMPLAINT** <br><br> Hearing Date: May 9, 2014 <br> Judge: Hon. Dana M. Sabraw <br> Time: 1:30 p.m. <br> Dept: 13A |

25
26
27
28

        Defendant  BBVA  Compass  Insurance  Agency,  Inc. ("Compass"),  by  its

attorneys,  hereby  joins  Bankers  Standard  Insurance  Company's ("Bankers")

Opposition  to  Plaintiffs  Jack  D.  Harrison  and  Naoma  Harrison's ("Plaintiffs")

1

Motion for Leave to Amend and File the Second Amended Complaint. Compass joins Bankers' opposition for the following reasons:

1.     Plaintiffs' reason for requesting leave is to plead new facts they purportedly discovered recently.   However, Plaintiffs have not propounded any discovery or taken any depositions.  There are no "new facts" here.

2.     Instead, a close examination of the second amended complaint demonstrates that Plaintiffs' purported "new facts" are actually just additional arguments and allegations.  As such, this Court should deny Plaintiffs' request.

3.     In addition, Plaintiffs' requested amendment is vague and ambiguous as Plaintiffs fail to distinguish between Bankers and Compass.  Given that both entities have been sued, and under different theories of liability, Plaintiffs must clarify which entity they are making allegations against.  The proposed second amended complaint does not do so, and therefore this Court should deny Plaintiffs' request.

4.     If this Court grants Plaintiffs' Motion, then Compass requests it be allowed to file a motion to dismiss.  Compass requests this because meritorious grounds exist to dismiss several of Plaintiffs' "new" causes of action as a matter of law.

Wherefore, Compass hereby joins Bankers' opposition and requests this Court to deny Plaintiffs' Motion for Leave to Amend and File the Second

2

1  Amended Complaint and that the Court provides such further relief as it deems

2  just and appropriate.

3

4                                                  McGinnis Wutscher Beiramee LLP,

5

6  Dated: April 25, 2014

7                                                  Patrick J. Kane (SBN 273103)

8                                                  402 West Broadway, Suite 400
                                                   San Diego, California 92101
9                                                  Telephone: (619) 618-2874
                                                   Facsimile: (866) 581-9302
10                                                 *Attorneys for BBVA Compass Insurance
                                                   Agency, Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2

### Certificate of Service

3
4

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document and any related exhibits was served this **April 25, 2014**, by electronic mail on the following:

5
6

**<u>Attorney for Plaintiffs</u>**

7

James B. Panther, Esq.
International Law Group, A.P.C.

8

2794 Gateway Road
Carlsbad, CA  92009

9

Email: jpanther@pantherlaw.com

10
11

**<u>Attorneys for Bankers Standard Insurance Company, Inc.</u>**

12

Joan Selleck
Cozen O'Connor

13

501 West Broadway, Suite 1610

14

San Diego, CA  92101

15

Email: jselleck@cozen.com

16
17
18
19

_____
Patrick J. Kane

20
21
22
23
24
25
26
27
28

4

_____

Compass' Motion to                          Case No.  13 CV 1682 DMS JMA
Join Opposition