**MCGINNIS WUTSCHER BEIRAMEE LLP**
Patrick J. Kane (SBN 273103)
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (619) 618-2874
Facsimile: (866) 581-9302

Attorneys for Defendant
BBVA Compass Insurance Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK D. HARRISON AND NAOMA HARRISON, <br><br> Plaintiffs, <br><br> v. <br><br> BANKERS STANDARD INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY MUTUAL INSURANCE COMPANY AND BBVA COMPASS INSURANCE AGENCY, INC. AND DOES 1 THROUGH 50 <br><br> Defendants. | Case No.: 13 CV 1682 DMS JMA <br><br> **NOTICE OF CHANGE OF ADDRESS** |

Attorney Patrick J. Kane of McGinnis Wutscher Beiramee, LLP, counsel of record for Defendant BBVA Compass Insurance Agency, Inc., hereby files the instant Notice of Change of Address. All future pleadings, memoranda,

1

correspondence, orders, etc. shall be sent to:

    Law Firm:   McGinnis Wutscher Beiramee, LLP

    Address:    402 West Broadway, Suite 400
                    San Diego, California 92101

                                **MCGINNIS WUTSCHER BEIRAMEE LLP,**

Dated: April 28, 2014        By:    /s/ Patrick J. Kane
                                        Patrick J. Kane (SBN 273103)
                                        402 West Broadway, Suite 400
                                        San Diego, California 92101
                                        Telephone: (619) 618-2874
                                        Facsimile: (866) 581-9302
                                        *Attorneys for BBVA Compass Insurance Agency, Inc.*

                                          **MCGINNIS WUTSCHER BEIRAMEE LLP,**

Dated:  April 28, 2014       By:    /s/ Deborah S. Gershon
                                          Deborah S. Gershon (SBN 93816)
                                          Sherilyn L. O'Dell, *Of Counsel* (SBN 145315)
                                          Nancy C. Eng, *Of Counsel* (SBN 194756)
                                          19200 Von Karman Avenue, Suite 750
                                          Irvine, California 92612
                                          Telephone: (714) 384-4250
                                          Facsimile: (866) 581-9302
                                          *Attorneys for BBVA Compass Insurance Agency, Inc.*

**Certificate of Service**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document and any related exhibits was served this **April 28, 2014**, by electronic mail on the following:

**Attorney for Plaintiffs**
James B. Panther, Esq.
International Law Group, A.P.C.
2794 Gateway Road
Carlsbad, CA  92009
Email: jpanther@pantherlaw.com

**Attorneys for Bankers Standard Insurance Company, Inc.**
Joan Selleck
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA  92101
Email: jselleck@cozen.com

/s/Patrick J. Kane
Patrick J. Kane

Notice of Change of Address                                  Case No.   13 CV 1682 DMS JMA