**MCGINNIS WUTSCHER BEIRAMEE LLP**
Deborah S. Gershon (SBN 93816)
Patrick J. Kane (SBN 273103)
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (619) 618-2874
Facsimile: (866) 581-9302
Attorneys for Defendant,
*BBVA Compass Insurance Agency, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK D. HARRISON AND NAOMA HARRISON, <br><br>           Plaintiffs, <br><br> v. <br><br> BANKERS STANDARD INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY MUTUAL INSURANCE COMPANY AND BBVA COMPASS INSURANCE AGENCY, INC. AND DOES 1 THROUGH 50 <br><br>           Defendant. | Case No.:  13 CV 1682 DMS JMA <br><br> **COMPASS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

BBVA Compass Insurance Agency, Inc. ("Compass"), by its counsel, hereby moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time to respond to Plaintiffs Jack and Naoma Harrison's ("Plaintiffs") Second Amended

Complaint, and in support of its Motion states as follows:

1. Compass's deadline to respond to the Second Amended Complaint was on June 2, 2014.

2. On or about May 29, 2014, Plaintiffs extended Compass an extension of time to respond to the Second Amended Complaint up to, and including, June 11, 2014.

3. Compass has not waived any defenses it may assert, including any jurisdictional and venue challenges.

4. This Motion was submitted in a timely fashion, and not for any improper purpose.

5. No party will be unduly prejudiced by the granting of this Motion.

WHEREFORE, Compass requests that this Court extend the time allowed for it to respond to Plaintiffs' Second Amended Complaint to June 11, 2014 and that this Court provide such further and additional relief as it may deem just and appropriate.

                                        Respectfully submitted,

                                        **MCGINNIS WUTSCHER BEIRAMEE LLP,**

Dated: June 4, 2014                  /s/ Patrick J. Kane
                                                    Patrick J. Kane (SBN 273103)
                                                    402 West Broadway, Suite 400
                                                    San Diego, California 92101
                                                    Telephone: (619) 618-2874

---

COMPASS'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE SECOND AMENDED COMPLAINT

Facsimile: (866) 581-9302
*Attorneys for BBVA Compass Insurance Agency, Inc.*

**Certificate of Service**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document and any related exhibits was served this **June 4, 2014**, by electronic mail on the following:

**Attorney for Plaintiffs**
James B. Panther, Esq.
International Law Group, A.P.C.
2794 Gateway Road
Carlsbad, CA  92009
Email: jpanther@pantherlaw.com

**Attorneys for Bankers Standard Insurance Company, Inc.**
Joan Selleck
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA  92101
Email: jselleck@cozen.com

/s/ Patrick J. Kane
Patrick J. Kane

COMPASS'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE SECOND AMENDED COMPLAINT