# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK D. HARRISON AND NAOMA HARRISON,<br><br>    Plaintiffs,<br><br>v.<br><br>BANKERS STANDARD INSURANCE COMPANY; BBVA COMPASS INSURANCE AGENCY, INC.,<br><br>    Defendants. | Case No. 13-cv-1682-BAS-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

    Pending before the Court is the parties' joint motion to dismiss with prejudice this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 240.) This motion follows a settlement agreement reached by the parties. *Id*. Having considered the motion, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety.

    **IT IS SO ORDERED.**

DATED: December 15, 2015

Hon. Cynthia Bashant
United States District Judge